Form Number LR 3015-1 A (07/10)


AMENDED

# Chapter 13 Plan

Case No.: 15-40935-13

Debtor(s): Samuel Paul Hancock    SS#: 4362    Net Monthly Earnings: $ 2,918.76

Krystal Anne Bennett    SS#: 3730    Number of Dependents: 4

I. Plan Payments:

( ☐ ) Debtor(s) proposes to pay a periodic payment of $_____    ● weekly ○ biweekly ○ semi-monthly ○ monthly into the plan; or

( ☒ ) Payroll deduction order: To SE Empl Leas 2739 US Hwy 19N, Holiday, FL 34691 for $ 145.00    ● weekly ○ biweekly ○ semi-monthly ○ monthly.

Length of plan is ___36___ months, and the total debt to be paid through the plan is $ 22,620.00

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Alabama Department of Revenue | 2014 state income tax | 728.18 | 21.42 |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $ 3,000.00 ; $ 0.00 paid pre-petition; $ 1st available to be paid at confirmation and $ 1st available per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Cindy Ledbetter | 21,000.00 | ☐ by Trustee ☒ by Debtor ☐ by Trustee ☐ by Debtor | 7/15 650/mo | 0.00 | NA | NA | NA |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Springleaf Financial Services | 96.00 | 9,600.00 | 9,600.00 | 0.00 | 2006 Nissan Maxima | 5.25% | 104.49 | 8/2015 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☒ This is an amended plan replacing plan dated 9/3/2015.

☒ This plan proposes to pay unsecured creditors approx 42% %.

☒ Other provisions: Surrender vacuum cleaner to United Consumer Financial Services. Any deficiency to be treated as unsecured.

Name/Address/Telephone/Attorney for Debtor(s):

/s/ Ralph K. Strawn, Jr.
Ralph K. Strawn, Jr.
2401 Rainbow Drive
Gadsden, AL 35901

Telephone #: 256-459-4548

Dated: September 5, 2015

/s/ Samuel Paul Hancock
Signature of Debtor

/s/ Krystal Anne Bennett
Signature of Debtor

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re:

Samuel Paul Hancock  
Krystal Anne Bennett

Case No. 15-40935-JJR13

Debtor

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the debtor's amended plan dated September 5, 2015, by electronic transmission on Linda B. Gore, at debtors@bellsouth.net and on all creditors listed on the attached matrix by regular mail, postage prepaid, on this the 5th day of September, 2015.

Dated: September 5, 2015

/s/ Ralph K. Strawn, Jr.  
RALPH K. STRAWN, JR.

Label Matrix for local noticing
1126-1
Case 15-40935-JJR13
NORTHERN DISTRICT OF ALABAMA
Anniston
Sat Sep  5 08:38:32 CDT 2015

Acceptance Loan Company
15467 Highway 59, Suite 2
Foley, Alabama 36535

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, Al  36132-0001

Cindy Ledbetter
205 County Road 726
Gaylesville, Alabama 35973-4280

DeKalb Regional Medical Center
200 Medical Center Drive SW
Fort Payne, Alabama 35968-3458

Floyd Medical Center
304 Turner McCall Boulevard
Rome, Georgia 30165-5621

Helen D. Ball
PO Box 360345
Birmingham, Alabama 35236-0345

People's Bank of Centre
1285 East Chestnut Bypass
Centre, Alabama 35960-2830

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712-1083

Linda Baker Gore
NON-PAYMENTS: P.O. Box 1338
Gadsden, AL 35902

United Consumer Financial Serv.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Acceptance Loan Company, Inc.
% Key, Greer, Harrison & Casey
P.O. Box 360345
Birmingham, AL 35236-0345

Alabama Department of Revenue
PO Box 327467
Montgomery, Alabama 36132-7467

Coastal Credit
PO Box 205738
Dallas, Texas 75320-5738

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Gadsden Surgery Center
418 South 5th Street
Gadsden, Alabama 35901-5183

Heritage Bank
2950 Martha Berry Boulevard NE
Rome, Georgia 30165-9701

Redmond Hospital
501 Redmond Road
Rome, Georgia 30165-1483

Verizon Wireless
204 North Hood Avenue
Gadsden, Alabama 35903-1542

Ralph K Strawn Jr
Strawn & Robertson, LLC
2401 Rainbow Drive
Gadsden, AL 35901-5613

U. S. Bankruptcy Court
1129 Noble Street, Room 117
Anniston, AL 36201-4674

Alabama Cash
1558 West Main Street
Centre, Alabama 35960-1115

Cherokee Medical Center
400 Northwood Drive
Centre, Alabama 35960-1023

Complete Cash
3770 Alabama Highway 9
Cedar Bluff, Alabama 35959

Floyd Emergency Physicians, LLC
P O Box 108201
Rome, GA 30162-7200

H&R Block Bank
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Jacksonville Medical Center
1701 Pelham Road South
Jacksonville, Alabama 36265-3399

Redmond Regional Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Krystal Anne Bennett
4873 Lakeplace Lane
Cedar Bluff, AL 35959-5139

Samuel Paul Hancock
4873 Lakeplace Lane
Cedar Bluff, AL 35959-5139

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
PO Box 6550
Greenwood Village, Colorado 80155

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29